UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Mouhammad Razzaq, individually and on behalf of others similarly situated, | DOCKET NO. 22-cv-2567 (KAM) (JRC) |
| Plaintiff, | |
| - vs. - | **NOTICE OF APPEARANCE** |
| BBKM Associates, LLC d/b/a Mirage Diner and Bill Kontolios, | |
| Defendants. | |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendants BBKM Associates, LLC d/b/a Mirage Diner and Bill Kontolios.

Dated:  August 9, 2022

_[signature]_

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendants